IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GICELMA CLAUDIA DA COSTA XAVIER,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE M. SELBY, in her official capacity as Acting Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services; JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; and MARKWAYNE MULLIN, Secretary of the Department of Homeland Security;<br><br>Defendants. | **4:26CV3101**<br><br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |

This case is before the Court on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Under 12(b)(1) and Failure to State a Claim Under 12(b)(6). Filing 16. On Augst 10, 2026, in response to Defendants' Motion to Dismiss, Plaintiff filed both a Notice of Filing of First Amended Complaint and Response to Defendants' Motion to Dismiss and her First Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(A). Filing 20; Filing 21. The Court takes no position on whether the First Amended Complaint remedies any deficiencies in the prior Complaint or is subject to the same challenges raised in Defendants' Motion to Dismiss. Instead, the Court notes that, upon filing of the First Amended Complaint, the original Complaint in this case was superseded and rendered a nullity. *See Wullschleger v. Royal Canin U.S.A., Inc.*, 75 F.4th 918, 922 (8th Cir. 2023) ("[A]n amended complaint [supersedes] an original complaint and renders the original complaint without legal effect." (quoting *In re Atlas*

1

*Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)), *cert. granted*, 144 S. Ct. 1455 (2024), *and aff'd*, No. 23-677, 2025 WL 96212 (U.S. Jan. 15, 2025). The Court concludes that the appropriate course in these circumstances is to deny Defendants' Motion to Dismiss without prejudice to reassertion as to the First Amended Complaint if Defendants choose to do so.

Accordingly,

IT IS ORDERED that Defendants' Motion to Dismiss, Filing 16, is denied without prejudice to reassertion as to Plaintiff's First Amended Complaint. If Defendants decide to file a renewed Motion to Dismiss, Defendants must do so within the time provided by Federal Rule of Civil Procedure 15(a)(3).

Dated this 13th day of August, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge